In the Matter of the Claim of MARY A. KISSEL, Respondent, against BRINK'S EXPRESS CO., INC., Appellant; UNION INDEMNITY COMPANY and Others, Respondents. STATE INDUSTRIAL BOARD, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

In the Matter of the Claim of CARMINE PASSARELLI, Respondent, against COLUMBIA ENGINEERING & CONTRACTING CO., INC., and METROPOLITAN CASUALTY COMPANY, Respondents; EMIL EKLUND, Subcontractor, Respondent; HOME INDEMNITY COMPANY, Appellant, and BAKER & YETTMAN, INC., Respondent. STATE INDUSTRIAL BOARD, Respondent.— Motion by the appellant for leave to reargue or, in the alternative, for leave to appeal to the Court of Appeals. Appellant asserts that the recital in the decision of the court herein indicates that the court has misapprehended its contentions, which are in substance that in case a subcontractor is not insured and the principal contractor is insured the insurer of the principal contractor is not liable for awards made to employees of said contractor unless the insurance policy expressly includes employees of the subcontractor. Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

In the Matter of the Claim of EDWARD NEIL, Appellant, against THE CITY OF BINGHAMTON, Respondent. STATE INDUSTRIAL BOARD, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

In the Matter of the Claim of ALICE BOYER, Respondent, against CRAWFORD BROS., INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent. — Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

In the Matter of the Claim of CORNELIUS DOHERTY, Respondent, against NEW YORK RAPID TRANSIT CORPORATION, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

In the Matter of the Claim of JOHN ANDERSON, Respondent, against INTERNATIONAL MOTOR COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

In the Matter of the Claim of EMMA SIMONETTI, Respondent, against CAPITOL COAL CO., INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.